**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Cole Sales Solutions, Inc., a Minnesota corporation, | Civil No. 02-661 (RHK/AJB) |
| Plaintiff, | |
| vs. | **ORDER FOR DISMISSAL** |
| Donald Perinchief, individually, | |
| Defendant. | |

---

Based upon the foregoing Stipulation for Dismissal with Prejudice entered into by the parties hereto, and upon all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that the above-captioned action against Defendant Donald Perinchief is hereby **DISMISSED WITH PREJUDICE** and on the merits, without cost to any of the parties hereto.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: March 23, 2007

                                                 s/Richard H. Kyle
                                                 RICHARD H. KYLE
                                                 United States District Judge